UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
CHICAGO, ILLINOIS

23-2891

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Appeal from the United States District |
| Plaintiff-Appellee, | ) | Court for the Northern District of |
| | ) | Indiana, South Bend Division |
| v. | ) | |
| | ) | No. 3:22-CR-36 |
| MATTHEW RICE, | ) | |
| Defendant-Appellant. | ) | Hon. Jon E. DeGuilio, Judge |
| | ) | |

## MOTION TO STAY APPEAL

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through David E. Hollar, Assistant United States Attorney, and asks this Court for a stay of this appeal pending a decision in *United States v. Glen Prince,* 7th Circuit Appeal No. 23-3155.

Both the instant appeal and *Prince* present the same question: whether 18 U.S.C. § 922(g)(1), which prohibits felons from possessing firearms, is constitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). This Court has already suspended briefing in at least seven other appeals pending a decision in *Prince. United States v. Delaney*, Appeal No. 23-3156; *United States v. Daniel*, Appeal No. 23-3173; *United States v. Diaz*, Appeal No. 23-3259; *United States v. Freeman*,

1

Appeal No. 32-3186; *United States v. Salme-Negrete*, Appeal No. 23-3212; *United States v. Anderson*, Appeal No. 23-3217; *United States v. Brooks*, Appeal No. 23-3317.

A decision in *Prince* will almost certainly resolve this appeal in its entirety. As a result, by staying the instant appeal, the Court can avoid expending judicial resources to address duplicative claims.

The undersigned spoke to Chad Pennington, counsel for Appellant, on January 4, 2024. Counsel for Appellant has not yet taken a position on this motion.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

   /s/ David E. Hollar
David E. Hollar
Assistant United States Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320
(219) 937-5500

## AFFIDAVIT

David E. Hollar, Assistant United States Attorney, deposes and states as follows:

1.    I am the Assistant United States Attorney assigned to represent the government in *United States v. Matthew Rice*, Appeal No. 23-2891. Currently, the government's opening brief is due January 22, 2024. This affidavit is submitted in support of a request that this Court stay this appeal pending a decision in *United States v. Glen Prince*, Appeal No. 23-3155.

2.    On May 11, 2022, a grand jury in the Northern District of Indiana returned an indictment against defendant Matthew Rice charging one count of unlawful possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). On March 17, 2023, the district court denied Rice's motion to dismiss, rejecting his claim that Section 922(g)(1) is unconstitutional under the Second Amendment in light of *New York Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).

3.    On November 2, 2023, a district judge in the Northern District of Illinois granted defendant Glen Prince's motion to dismiss, concluding that Section 922(g)(1) unconstitutionally violates the Second Amendment.

4.    The appeals in *Prince* and *Rice* each raise only one issue: whether Section 922(g)(1) is constitutional. A decision in *Prince* almost certainly will resolve the instant appeal in its entirety. As a result, this Court could stay

3

briefing here to avoid expending judicial resources to address duplicative claims.

5.      Rice received a time served sentence and is believed to be currently serving a state sentence. He is slated to serve a two year term of supervised release once that sentence concludes. The government believes Rice will not be prejudiced by a stay pending *Prince* given the dispositive effect a decision in *Prince* almost certainly will have.

6.      Counsel spoke with Chad Pennington, counsel for Rice, on January 4, 2024. As of January 9, 2024, he has not taken a position on this motion.

7.      Oral argument has not been scheduled, and this motion is not brought for the purpose of delay. If granted, the United States would propose filing statements of position within seven days of a decision in *Prince*, or within whatever timeframe this Court orders.

<div style="margin-left: 40%;">

Respectfully submitted,

/s/ David E. Hollar
David E. Hollar
Assistant United States Attorney

</div>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2024.

<div style="margin-left: 40%;">

/s/ David E. Hollar
David E. Hollar
Assistant United States Attorney

</div>